# EXHIBIT "A"

AVANT CREDIT CORP
222 N LA SALLE ST STE 1600
CHICAGO, IL 60601-1112

AVANT

CHAD SHEPPARD
624 KNOLLWOOD DR
DAVENPORT, FL 33837-8751

Dear CHAD,

Please be advised that this is an attempt to collect a debt. Any information obtained will be used for that purpose.

You have a past due balance as detailed below:

**Account Details**
Account Number: XXXX XXXX XXXX 6053
Date: 11/22/21
Past Due Amount as of 11/22/21: $599.60
Attention: CHAD SHEPPARD
Creditor: Avant Credit Card Master Trust
Servicer: Avant

Unless you, within thirty days after receipt of this notice, dispute the validity of the debt, or any portion thereof, the debt will be assumed to be valid by Avant.

If you notify us in writing by 01/07/21 that the debt, or any portion thereof, is disputed, we will obtain verification of the debt and mail a copy of such verification to you. Upon your written request submitted by 01/07/21, we will provide you with the name and address of the original creditor, if different from the current creditor. If you notify us by 01/07/21, we must stop collection until we provide you verification of the debt and the name and address of the original creditor.

To learn more about your rights under state law, please visit the Florida Office of Financial Regulation website at https://flofr.gov/.

Here when you need us,

The Avant Team

Monday - Friday from 7am - 10pm CT
Saturday - Sunday from 7am - 8pm CT
Phone: 800-712-5407
Email: support@avant.com

Avant branded credit products are issued by WebBank, Member FDIC.
Send Non-Payment Correspondence to: Avant, LLC 222 N. LaSalle, Suite 1600, Chicago, IL 60601
Mail Payments to: Avant, LLC | PO Box 1429 Carol Stream IL 60132-1429
California Residents: As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations

