**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-CV-62566-RAR**

**CHAD SHEPPARD,**

    Plaintiff,

v.

**AVANT, LLC,**
*d/b/a Avant Credit Corp.*,

    Defendant.
_____/

**ORDER OF DISMISSAL**

**THIS CAUSE** comes before the Court upon the parties' Joint Stipulation of Voluntary Dismissal With Prejudice [ECF No. 14], filed on March 21, 2022. Being fully advised, it is

**ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED** *with prejudice* with each party to bear their own attorneys' fees and costs.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 22nd day of March, 2022.

_____
**RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE**